**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1266**

In Re: PATRICIA MARY HALKAS,

                                                    Debtor.

— — — — — — — — — — — — —

PATRICIA MARY HALKAS,

                                        Plaintiff - Appellant,

          versus

NANCY L. SPENCER GRIGSBY,

                                        Trustee - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:06-cv-02744-DKC; BK-01-23321)

Submitted: June 21, 2007              Decided:  June 27, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Paul Francis, Arlington, Virginia, for Appellant. Mary Park
McLean, Bowie, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Mary Halkas appeals from the district court's order dismissing her appeal from the bankruptcy court's order denying her motion for determination of her right to funds from the sale of her real property. The district court dismissed the appeal as moot because the funds had been fully distributed to nonparty creditors, and, even if Halkas were to prevail on appeal, the district court would be unable to fashion any effectual relief. Halkas has noted her appeal to this court, and the trustee in bankruptcy has moved to dismiss the appeal as moot. We have reviewed the record and find no reversible error. Accordingly, although we deny the trustee's motion to dismiss the appeal, we summarily affirm the district court's dismissal for the reasons stated by the district court. Halkas v. Grigsby, Nos. 8:06-cv-02744-DKC; BK-01-23321 (D. Md. Feb. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -